UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Casey Fitzner

                                       Plaintiff,

v.                                                                   Case No.: 1:21–cv–05147
                                                                           Honorable Manish S. Shah

Cradle Adoption Partners NFP

                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 29, 2021:

       MINUTE entry before the Honorable Beth W. Jantz: The parties have reached a settlement. Telephonic tracking status set for 2/24/22 at 9:15am Central, but if dismissal papers are filed in advance of this status, it will be stricken and no one need call in. To join the next conference by phone, dial 888–273–3658 and enter access code 2217918. Mailed notice (lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.